IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL WAUGH,

    Plaintiff,

v.                                                   Case No. 4:19cv29-MW/CJK

FLORIDA DEPARTMENT OF
LAW ENFORCEMENT, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. This case is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED** on February 15, 2019.

                                                       s/ MARK E. WALKER
                                                       **Chief United States District Judge**